

**B. Type of Loan**

| 1. ☐ FHA   2. ☐ RHS   3. ☐ Conv. Unins | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv. Ins   6. ☐ Commercial | 1014-F | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Pacific Home Improvement LLC | Moises Rodriguez | Cash |

| G. Property Location: | H. Settlement Agent: | TIN: 26-0475903 |
|---|---|---|
| 10604 Ridge Drive<br>Clinton, MD 20735 | James J. Fitzgibbons, LLC<br>13321 New Hampshire Ave #110<br>Silver Spring, MD 20904 | Phone: (301) 622-3400 |
| Lot: | Place of Settlement:<br>13321 New Hampshire Ave #110<br>Silver Spring, MD 20904 | I. Settlement Date: 3/31/2021 |
| Block: | | Funding Date: 3/31/2021 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---:|---|---:|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 159,000.00 | 401. Contract sales price | 159,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,243.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes: to | | 406. City/town taxes: to | |
| 107. County taxes: 3/31/2021-6/30/2021 | 738.14 | 407. County taxes: 3/31/2021-6/30/2021 | 738.14 |
| 108. Assessments: to | | 408. Assessments: to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 163,981.14 | **420. Gross Amount Due To Seller** | 159,738.14 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 9,577.75 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Seller Maryland Withholding | 12,012.83 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes: to | | 510. City/town taxes: to | |
| 211. County taxes: to | | 511. County taxes: to | |
| 212. Assessments: to | | 512. Assessments: to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 5,000.00 | **520. Total Reduction Amount Due Seller** | 21,590.58 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | 163,981.14 | 601. Gross amount due to seller (line 420) | 159,738.14 |
| 302. Less amounts paid by/for borrower (line 220) | 5,000.00 | 602. Less reductions in amount due seller (line 520) | 21,590.58 |
| 303. Cash ☒ From ☐ To Borrower | 158,981.14 | 603. Cash ☒ To ☐ From Seller | 138,147.56 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| L. Settlement Charges | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $3,180.00 to Fairfax Realty Select | | | | |
| 702. $3,975.00 to Fairfax Realty, Inc. | | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | 7,155.00 |
| **800. Items Payable In Connection With Loan** | | | | |
| 801. Our origination charge | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges Cash | | (from GFE A) | | |
| 804. Appraisal fee to | | (from GFE #3) | | |
| 805. Credit report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification | | (from GFE #3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | |
| 901. Daily interest charges from 3/31/2021 to 4/1/2021 @ $ /day | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | (from GFE #11) | | |
| 904. | | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance months @ per mo | $ | | | |
| 1003. Mortgage insurance months @ per mo | $ | | | |
| 1004. Property taxes months @ per mo | $ | | | |
| 1005. months @ per mo | $ | | | |
| 1006. months @ per mo | $ | | | |
| 1007. Aggregate Adjustment | $0.00 | | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 550.00 | |
| 1102. Settlement or closing fee James J. Fitzgibbons, LLC | $550.00 | | | |
| 1103. Owner's title insurance The Security Title Guarantee Corporation | | (from GFE #5) | 755.25 | |
| 1104. Lender's title insurance | | | | |
| 1105. Lender's title policy limit | $ | | | |
| 1106. Owner's title policy limit | $159,000.00 | | | |
| 1107. Agent's portion of the total insurance premium | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | $ | | | |
| 1109. Abstract to Compass Research Group | | | 230.00 | |
| 1110. Document Preparation to James J. Fitzgibbons, LLC | | | 450.00 | |
| 1111. Reimbursment LLC filing fee to James J. Fitzgibbons, LLC | | | 150.00 | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges | | (from GFE #7) | 60.00 | |
| 1202. Deed $60.00 Mortgage $ Release $ | | | | |
| 1203. Transfer taxes | | (from GFE #8) | 1,947.75 | |
| 1204. City/County tax/stamps: Deed $ Mortgage $ | | | | |
| 1205. State tax/stamps: Deed $ Mortgage $ | | | | |
| 1206. | $ | | | 1,947.75 |
| 1207. | $ | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. | | | | |
| 1303. Seller settlement fee to Realty Title Services, LLC | | | | 350.00 |
| 1304. Deed preparation to J. B. Daroff Law, LLC | | | | 125.00 |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. Courier | | | 100.00 | |
| **1400. Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | | 4,243.00 | 9,577.75 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_/s/_ Pacific Home Improvement LLC     Buyer/Borrower     Moises Rodriguez     Seller

_____     Buyer/Borrower     _____     Seller

This Settlement Statement which I've prepared is a true and accurate account of this transaction. I've caused or will cause the funds to be disbursed in accordance with this statement.

_/s/_ James J. Fitzgibbons, LLC     Settlement Agent     3/31/2021     Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.