# JAMES J. FITZGIBBONS, LLC
## ATTORNEY-AT-LAW

April 5, 2021

Mr. Moises Rodriguez
6007 Summer Road
Alexandria, VA  22310

    Re:    **10604 Ridge Drive**
                 **Clinton, MD 20735**

Dear Mr. Rodriguez:

    The buyer under the Contract for this property tendered settlement on March 31, 2021 by providing the purchase funds to me and executing the closing statement. The signed closing statement was provided to your title company on that date.

    You have not executed your closing documents and it is now five (5) days past the closing date.

    You are in default under the Contract of sale which was executed by you and the buyer on March 17, 2021. The buyer reserves the right to pursue all remedies available to it in accordance with paragraphs 34 and 36 of the Contract.

                                              Very truly yours,

                                              James J. Fitzgibbons

JJF:gac
Cc Buyer and real estate agents
    Realty Title Services, Inc.

13321 New Hampshire Ave.
Suite 110
Silver Spring, MD 20904

(301) 622-3400
jim@thprice.com
Admitted: MD, DC